IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM HAWKINS and CARLON HAWKINS, as guardians and next friends of K.L. BUTTS and K. L. BUTTS, surviving minor children of KURTAVIOUS L. BUTTS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>DIAN STODDARD, as the personal representative of the Estate of DAVID L. STODDARD, and JOHN DOES 1–4,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO.: 1:24-CV-29 (LAG)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# **ORDER**

The Court has been advised that the Parties have agreed to a settlement of this case. (Doc. 21). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 3rd day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**