IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

WILLIAM HAWKINS and CARLON
HAWKINS, as guardians and next friends of
K.L. BUTTS and K. L. BUTTS, surviving minor
children of KURTAVIOUS L. BUTTS,
deceased,

        Plaintiffs,

v.

DIAN STODDARD, as the personal
representative of the Estate of DAVID L.
STODDARD, and JOHN DOES 1–4,

        Defendants.

\*
\*
Case No.  1:24-CV-29(LAG)
\*
\*
\*

---

### **J U D G M E N T**

Pursuant to this Court's Order dated July 10, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered approving the settlement agreement.

This 20th day of July, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk